UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JONATHAN COLLINS | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 3:24-cv-00085-TES-AGH |
| | : |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand, and Plaintiff's consent, this case is hereby remanded.

Remand is appropriate in this case for further administrative action. Upon remand, the Commissioner will offer Plaintiff an opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 7th day of March, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**